UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DELMARVA FISHERIES ASSOCIATION INC.,
et al.

        Plaintiffs,

       v.

ATLANTIC STATES MARINE FISHERIES
COMMISSION

        Defendants.

Case No: _____

## DECLARATION OF BRIAN NESSPOR

In accordance with 28 U.S.C. § 1746, Brian (Beef) Nesspor offers the following declaration:

1. I started in the fishing business at the age of 13 and have worked in this business for approximately 50 years.

2. I am a sole proprietor operating out of Rock Hall, MD, which borders the Chesapeake Bay.

3. My residence is 5642 Walnut St., Rock Hall, 21661.

4. I operate a state-licensed commercial fishing business using a 50-foot vessel with a crew one or two individuals per outing.

5. I primarily fish for Stripped Bass which I sell to a dealer upon returning to land.

6. I am a member of the Delmarva Fisheries Association, Inc.

7. I am a former member of the Rock Hall Town Council.

**EXHIBIT B**

9. My testimony herein is based upon my personal knowledge gained in the ordinary course of business over many years.

10. The availability of Striped Bass across the Chesapeake Bay is abundant and has been for the for at least the last 3-5 years.

11. Over this period, however, the Striped Bass commercial fishing business has incurred difficulties for a number of reasons including falling prices, increased operating expenses (especially petrol products), and decreased fishing opportunities due to lower poundage quotas and other governmental limitations.

12. With respect to the additional Stiped Bass limitations issued by the Atlantic States Marine Fisheries Commission (ASMFC) scheduled to take effect on May 1, 2024, I can state the following:

   (a) The additional seven percent quota reduction is contrary to what we were told would be the case for 2024.

   (b) The price per pound for Striped Bass is less now than it was two years ago due to various factors, including the plentiful availability of Striped Bass.

   (c) The combination of the price of goods going up 8-10% annually and the fishing quota being lowered by 7%, means there will be a substantial reduction in earnings no matter how hard you work in 2024.

   (d) For family businesses, which are the historical pattern and still the most typical for Chesapeake Bay fishing companies, there is no future livelihood if current trends continue.

I declare under penalty of perjury under the laws of the United States of America that the facts contained herein are true and correct.

Executed on March 4, 2024.

_____
Brian Nesspor