UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DELMARVA FISHERIES ASSOCIATION INC., MARYLAND CHARTER BOAT ASSOCIATION, INC., BRIAN NESSPOR, KEN JEFFRIES<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC STATES MARINE FISHERIES COMMISSION<br><br>Defendant. | Case No: _____ |

**DECLARATION OF KEN JEFFRIES**

In accordance with 28 U.S.C. § 1746, Ken Jeffries offers the following declaration:

1. My name is Ken Jeffries and I am the owner/operator of Sellfish Charters.

2. Sellfish Charters a is a fishing business based in Severna Park, MD, which borders the Magothy river to the Chesapeake Bay.

3. Established in 2003, the Sellfish Charters is a state-licensed "for hire" charter boat business utilizing an Evans 42-foot vessel with a capacity for 22 recreational fishers.

4. The crew will consist of myself and usually one other individual.

5. 95 percent of my customers are interested only in in fishing for Striped Bass.

6. I am a member of the Maryland Charter Boat Association.

**EXHIBIT C**

7. I am a former police officer for the City of Baltimore.

8. My testimony herein is based upon my personal knowledge gained in the ordinary course of business over 20 years.

9. The availability of Striped Bass across the Chesapeake waters where Sellfish Charters operates has never been more plentiful.

10. At this same time, however, the charter boat business has become increasingly difficult for a number of reasons such as rising diesel fuel and other operating expenses.

11. But the principal problem remains governmental limitations such as the prior reductions in the length of the Striped Bass fishing season, size limitations on catch, etc.,

12. Added to this, like so many other small businesses in our community, we have yet to fully recover from the COVID years.

13. With respect to the additional Stiped Bass limitations issued by the Atlantic States Marine Fisheries Commission (ASMFC) scheduled to take effect on May 1, 2024, I can state the following:

   (a) This is another and much more serious and, at least to me, a completely unexpected setback to our industry's ability to earn a living in 2024.

   (b) I have received many inquiries from existing and potential customers and, unfortunately, already some cancellations from some customers who had booked for the 2024 season.

   (c) Their reason for cancelling has been the public announcement of the new rules cutting individual Striped Bass daily intake from two to one fish per person.

   (d) My estimate is that business revenues for the year could decline up to 60% if these rules are not changed back to the 2023 limits.

(e) In addition to the income loses, property values, business equipment, other inventory value, etc. will all be diminished by declines in chartering activity.

(f) I have also received calls of concern from the many fishing-related businesses and other visitor services which stem from these group outings.

(g) Local individuals acting as mates, some 15 with years of helping on my boat, will have no other employment opportunities for their marine skills.

I declare under penalty of perjury under the laws of the United States of America that the facts contained herein are true and correct.

Executed on March L, 2024.

_____
Ken Jeffries