UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DELMARVA FISHERIES ASSOCIATION INC., and MARYLAND CHARTER BOAT ASSOCIATION, INC.

Plaintiffs,

v.

ATLANTIC STATES MARINE FISHERIES COMMISSION

Defendants.

Case No: _____

# DECLARATION OF BRIAN L. HARDMAN

In accordance with 28 U.S.C. § 1746, Brian L. Hardman offers the following declaration:

1. I am the Owner/Operator of Lead Dog Charters LLC.

2. Established in 2006, Lead Dog Charters is located in Stevensville, Maryland, a town which is in close proximity to the Chesapeake Bay.

3. Lead Dog Charters is a state-licensed, full-service "for hire" fishing vessel.

4. I am a member and President of one or both Plaintiffs named in this case.

5. I have worked in this line of business since 1988.

6. In addition to myself as boat captain, there would ordinarily be 2-3 mates serving on the crew.

7. During 2023, my company conducted approximately 187 partial and full-day "for hire" boating trips.

**EXHIBIT D**

8.  At least 90 percent of my rental customers are interested in striped bass fishing as opposed to other types of fish available in the Chesapeake Bay.

9.  My testimony herein is based upon my personal knowledge and a review of records kept in the ordinary course of business.

10. With respect to new striped bass limitations issued by the Atlantic States Marine Fisheries Commission (ASMFC) scheduled to take effect on May 1, 2024, I can state the following:

   (a) I had no notice in advance that the ASMFC was going to cut in half the number of fish my customers will be allowed to catch.

   (b) When I read the notice, I was very surprised because the bass supply in the Chesapeake Bay has been plentiful over the last several years.

   (c) The charter business in our community has yet to fully recover from the COVID years.

   (d) Word of the new limits has already filtered out and I have been receiving many calls from my regular customers who are very disappointed when I have to confirm that any 2024 outings will be limited to one striped bass per person.

   (e) A number of cancellations have already occurred for the 2024 season. My estimate is that business revenues will decline 50% or more if these rules are not changed back to the 2023 limits.

   (f) I made numerous calls to the Maryland Dept. of Natural Resources and was told that compliance was compulsory in all circumstances -- no exceptions.

   (g) I addition to my business income losses, charter boat captains like myself have invested tens of thousands of dollars in vessels, equipment, maintenance facilities, promotional material, etc. which will be severely diminished in value.

   (h) My employees, some of who go back more than 18 years with my company, will have to be laid off.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2024

Brian L. Hardman

Amie M. Skinner
Comm. Exp. 08/25/2026

