UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DELMARVA FISHERIES ASSOCIATION INC., and
MARYLAND CHARTER BOAT ASSOCIATION,
INC.

        Plaintiffs,

        v.

ATLANTIC STATES MARINE FISHERIES
COMMISSION

        Defendants.

Case No: _____

## DECLARATION OF ROBERT BRAMBLE

In accordance with 28 U.S.C. § 1746, Robert Bramble offers the following declaration:

1. I am the Owner/Operator of Bucktales Charters.

2. Established in 2012, Bucktales Charters is located in Rock Hall, MD, a town which is in close proximity to the Chesapeake Bay or one of its major tributaries.

3. Bucktales Charters is a state-licensed, full-service "for hire" fishing vessel.

4. I am a member of one or both the Plaintiffs named in this case.

5. I have worked in this line of business for 12 years.

6. In addition to myself and other family members, this business employs four full-time and part-time employees and sometime more depending the months with the highest level of tourism.

7. My testimony herein is based upon my personal knowledge and a review of records kept in the ordinary course of business.

        **EXHIBIT E**

8. 100 % percent of my customers are drawn to the Chesapeake Bay due to the fishing opportunities for Striped Bass.

9. With respect to new striped bass limitations issued by the Atlantic States Marine Fisheries Commission (ASMFC) scheduled to take effect on May 1, 2024, I can state the following:

(a) The charter business in our community has yet to fully recover from the COVID years.

(b) I have been receiving a number of calls from my regular and other customers inquiring about the new limits on fishing for Striped Bass.

(c) There have already been some cancellations as a consequence of new rules being established for the upcoming fishing 2024 season.

(d) My estimate is that business revenues could decline 45-50% if these rules are not changed back to the 2023 limits.

(e) In addition to the income loses, property values, business equipment, inventory value, etc. will be diminished by declines in the charter business and general tourism.

(f) My employees, some of who go back more than seven years with my company, will almost certainly have to be laid off.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2024.

_____
Robert Bramble, Jr.

State of Maryland
County of Kent, to wit:

Sworn to and subscribed before me by Robert Bramble, Jr. this 22nd day of February, 2024.

Mildred C. Clough
Mildred C. Clough
Notary Public

Notary Seal: 

My Commission Expires: 01/21/2025