To whom it may concern,

The recent emergency restrictions on Rock Fish season and limits implemented by Maryland Department of Natural Resources will have a significant impact on the Town of Rock Hall. Furthermore, the Department is considering making these restrictions permanent. These restrictions, especially as they impact our local charter boats, will damage the economy in our Town. Every booked charter brings demand for restaurants, motel and short-term rentals, local goods and services, and creates repeat customers and visitors that support our local tourism industry. The limitations on these trips will reduce the number of those who set their destination to Rock Hall and will in turn reduce the dollars coming into our community and supporting our local businesses. The restrictions, while they may be well-intentioned, will create a negative impact that will ripple through the local economy.

Signed,

James Cook
Mayor of Rock Hall

**EXHIBIT F**